UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY, as subrogee of
Rosetta and Noel Arnold,

                          Plaintiff,                    ORDER

v.
                                                23-CV-10111-PMH

GREE USA, INC., MJC AMERICA, LTD.,
GREE ELECTRIC APPLIANCES, INC. OF
ZHUHAI, and HONG KONG GREE
ELECTRIC APPLIANCE SALES, LTD.,

                          Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within seventy-five (75) days of this Order. Any application to reopen filed after seventy-five (75) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  White Plains, New York
           September 18, 2024

                                                                  _____
                                                                  Philip M. Halpern
                                                                  United States District Judge